**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 09-cv-02926-WJM-MJW

UNITED STATES OF AMERICA, *ex rel.*,
ROBERT C. SMITH, *et al.*,

      Plaintiffs,

v.

GENERAL ELECTRIC COMPANY, *et al.*,

      Defendants.

---

**ORDER**

---

The United States having declined to intervene in this action pursuant to the

False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1.      The complaint be unsealed and served upon the defendants by the relators;

2.      All other contents of the Court's file in this action remain under seal and not be

made

public or served upon the defendants, except for this Order and The United States'

Notice of Election to Decline Intervention, which the relators will serve upon the

defendants only after service of the complaint;

3.      The seal be lifted as to all other matters occurring in this action after the date of

this Order;

4.      The parties shall serve all pleadings and motions filed in this action, including

supporting memoranda, upon the United States, as provided for in 31 U.S.C. §

3730(c)(3).  The United States may order any deposition transcripts and is entitled to

intervene in this action, for good cause, at any time;

5.      The parties shall serve all notices of appeal upon the United States;

6.      All orders of this Court shall be sent to the United States; and that

7.      Should the relators or the defendants propose that this action be dismissed,

settled, or otherwise discontinued, the Court will solicit the written consent of the United

States before ruling or granting its approval.

IT IS SO ORDERED,

Dated this 4th day of March, 2011

s/ *William J. Martínez*
United States District Judge