**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 09-cv-02926-WJM-MJW

UNITED STATES OF AMERICA, *ex rel.*,
ROBERT C. SMITH, *et al.*,

    Plaintiffs,

v.

GENERAL ELECTRIC COMPANY, *et al.*,
SECRETARY OF THE ARMY, *et al.*,

    Defendants.

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
_____

This matter is before the Court on Plaintiffs Relators' Motion for Voluntary Dismissal (ECF # 37) pursuant to Fed.R.Civ.P. 41(a)(2) and 31 U.S.C. § 3730(b)(1). Plaintiffs-Relators motion is GRANTED. The Court ORDERS that the above-captioned case is hereby DISMISSED WITHOUT PREJUDICE.

Dated this 10th day of March, 2011.

                                    BY THE COURT:

                                    s/ *William J. Martínez*
                                    United States District Judge